AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sergio Vivanco a/k/a Armando Vivanco, on behalf of himself and other persons similarly situated, known and unknown,

V.

Fawn Landscaping & Nursery, Inc. and Mark Tracey, individually

CASE NUMBER: 07 C 6288

ASSIGNED JUDGE: Leinenweber

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Fawn Landscaping & Nursery, Inc.
c/o Reg. Agent, Peter J. Fasone
7667 W. 95th Street, Suite 203
Hickory Hills, IL 60457

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN - 4 2008
DATE

| | | |
|---|---|---|
| **ClientCaseID:** <br> Law Firm ID:   WERMAN |  <br> *173248A* | **CaseReturnDate:**  1/27/08 <br> Affidavit of  Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **07C6288**

I, **MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT  **FAWN LANDSCAPING AND NURSERY**
PERSON SERVED  **LORI O'DONNELL (SECRETARY)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **1/9/08**

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:

| Sex | FEMALE | Race | WHITE | Age | 50 |
|---|---|---|---|---|---|
| Height | 5'4" | Build | MEDIUM | Hair | BROWN |

LOCATION OF SERVICE   **7667 W 95TH STREET 203**
**HICKORY HILLS, IL, 60457**

Date Of Service   **1/9/08**          Time of Service   **1:10 PM**

*[signature]*
MICHAEL P. FEEHAN                              1/10/2008
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*[signature]*