# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                          Case Number: 07 C 6288

SERGIO VIVANCO a/k/a ARMANDO VIVANCO, Plaintiff,
V.
FAWN LANDSCAPING & NURSERY, INC. and MARK
TRACEY, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Fawn Landscaping & Nursery, Inc. and Mark Tracy (incorrectly named in the Complaint as Mark Tracey)

| | |
|---|---|
| **NAME (Type or print)** Donald J. McNeil | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Donald J. McNeil | |
| **FIRM** Barnes & Thornburg LLP | |
| **STREET ADDRESS** One North Wacker Drive, Suite 4400 | |
| **CITY/STATE/ZIP** Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6193106 | **TELEPHONE NUMBER** 312/357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |