# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 07 C 6288

SERGIO VIVANCO a/k/a ARMANDO VIVANCO, Plaintiff,
V.
FAWN LANDSCAPING & NURSERY, INC. and MARK TRACEY, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Fawn Landscaping & Nursery, Inc. and Mark Tracy (incorrectly named in the Complaint as Mark Tracey)

| |
|---|
| NAME (Type or print) <br> Jeremy B. Lewin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeremy B. Lewin |
| FIRM <br> Barnes & Thornburg LLP |
| STREET ADDRESS <br> One North Wacker Drive, Suite 4400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6269242 | 312/357-1313 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐