IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO VIVANCO A/K/A ARMANDO VIVANCO, on behalf of himself and other persons similarly situated, known and unknown,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FAWN LANDSCAPING & NURSERY, INC. and MARK TRACEY, individually,<br><br>　　　　　Defendants. | Case No. 07 C 6288<br><br>Judge Leinenweber<br>Magistrate Judge Mason |

**DEFENDANT FAWN LANDSCAPING & NURSERY, INC.'S LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Fawn Landscaping & Nursery, Inc. ("Fawn"), by its attorneys, pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, makes the following Disclosure Statement:

Fawn has no parent corporation. Its sole shareholder is Mark Tracy.

DATED: January 28, 2008　　　　　　　　　FAWN LANDSCAPING & NURSERY, INC.

　　　　　　　　　　　　　　　　By:　　s/ Donald J. McNeil
　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Donald J. McNeil, #6193106
Jeremy B. Lewin, #6269242
BARNES & THORNBURG LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
(312) 357-1313
(312) 759-5646 (FAX)

444754v1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Defendant Fawn Landscaping & Nursery, Inc.'s Local Rule 3.2 Disclosure was served on this 28th day of January 2008, by electronic filing pursuant to Rule XI of the General Order on Electronic Case Filing upon:

>Douglas M. Werman, Esq.
>Maureen A. Bantz, Esq.
>Werman Law Office, P.C.
>77 West Washington Street
>Suite 1402
>Chicago, Illinois 60602

*s/ Donald J. McNeil*

445754v1