IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SERGIO VIVANCO a/k/a ARMANDO VIVANCO, on behalf of himself and other persons similarly situated, known and unknown, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 6288 |
| FAWN LANDSCAPING & NURSERY, INC. and MARK TRACEY, individually, | ) ) ) ) | Judge Leinenweber<br><br>Magistrate Judge Mason |
| Defendants. | ) ) | |

## STIPULATION TO DISMISS

Plaintiff, Sergio Vivanco a/k/a Armando Vivanco, by his attorneys, Werman Law Office, P.C., and Defendants Fawn Landscaping & Nursery, Inc. and Mark Tracey, by their attorneys, hereby stipulate that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**For Plaintiff:**

s/ Maureen A. Bantz
MAUREEN A. BANTZ
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Dated: August 20, 2008

**For Defendants:**

s/ Donald J. McNeil
DONALD J. MCNEIL
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 357-1313

Dated: August 20, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Stipulation to Dismiss** was served via electronic mail on August 20, 2008 on:

DONALD J. MCNEIL
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606

s/Maureen A. Bantz
Maureen A. Bantz