IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO VIVANCO a/k/a ARMANDO VIVANCO, on behalf of himself and other persons similarly situated, known and unknown,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FAWN LANDSCAPING & NURSERY, INC. and MARK TRACEY, individually,<br><br>　　　　　Defendants. | No. 07 C 6288<br><br>Judge Leinenweber<br><br>Magistrate Judge Mason |

## NOTICE OF FILING

To:  DONALD J. MCNEIL
　　　Barnes & Thornburg LLP
　　　One North Wacker Drive, Suite 4400
　　　Chicago, IL 60606

　　**PLEASE TAKE NOTICE** that on August 20, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Stipulation to Dismiss**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:  August 20, 2008　　　　　　　s/Maureen A. Bantz
　　　　　　　　　　　　　　　　　　Douglas M. Werman
　　　　　　　　　　　　　　　　　　Maureen A. Bantz
　　　　　　　　　　　　　　　　　　Werman Law Office, P.C.
　　　　　　　　　　　　　　　　　　77 W. Washington, Suite 1402
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　(312) 419-1008
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs