# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6288 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Sergio Vivanco a/k/a Armando Vivanco, et al vs. Fawn Landscaping & Nursery Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation, this case is dismissed with prejudice and without costs to any party. Status hearing stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

Order Form (01/2005)　　Case 1:07-cv-06288　Document 18-2　Filed 08/21/2008　Page 1 of 1